UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHARON JETER,<br><br>                    Plaintiff,<br><br>-against-<br><br>JUSTIN TIMBERLAKE, et al.,<br><br>                    Defendants. | | 14-CV-3976 (LAP) |
| SHARON JETER,<br><br>                    Plaintiff,<br><br>-against-<br><br>BEYONCE, et al.,<br><br>                    Defendants. | | 15-CV-7076 (LAP) |

LORETTA A. PRESKA, United States District Judge:

The Court is in receipt of Plaintiff's June 6, 2025 "proposed order to show cause for preliminary injunction and temporary restraining order."[1]   Plaintiff's proposed order is DENIED as frivolous as it lacks any cognizable grounds for relief and alleges the same claims as the original complaint.

This is the Court's final warning that if Plaintiff continues to file frivolous and burdensome motions in closed cases, it will

---

[1] Plaintiff recently filed a similar proposed order on February 21, 2025, which the Court denied on March 11, 2025.  Plaintiff again filed a similar proposed order on April 17, 2025, which the Court denied on May 14, 2025.

result in an order directing the Clerk of Court not to accept further documents for filing in Plaintiff's closed cases.

**SO ORDERED.**

Dated:  October 16, 2025
       New York, New York

                                         LORETTA A. PRESKA
                                         United States District Judge